UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DOLLINS CONSTRUCTION COMPANY, )<br>)<br>Defendant. ) | No. 1:07MC28-SNL |

**ORDER**

**IT IS HEREBY ORDERED** that this case is **DISMISSED** pursuant to the Stipulation of Dismissal (#7).

Dated this 5th day of December, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE